SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Robert D. Drain
Alexis K. Banks
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000

– and –

Justin M. Winerman (admitted *pro hac vice*)
320 S. Canal Street
Chicago, Illinois 60606-5707
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel to the Debtor*

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM (UK) LLP
Peter Newman
Nicole Stephansen
22 Bishopsgate
London EC2N 4BQ
United Kingdom
Telephone: +44 20 7519 7000
Fax: +44 20 7519 7070

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | Chapter 15 |
| FLEMING INTERNATIONAL REINSURANCE LTD., | Case No. 25-12353 (JPM) |
| Debtor in Foreign Proceeding.[1] | |

## DECLARATION OF SERVICE

I, Alexis K. Banks, declare that on October 29, 2025, I caused the following documents to be served by electronic mail on the parties listed on Exhibit A attached hereto, unless otherwise indicated thereon.

- *Chapter 15 Petition* [Docket No. 1]

---

[1] The Debtor is a Bermuda company registered with the Registrar of Companies in Bermuda. The Debtor's registration number is 41041. The Debtor has its registered office located at Clarendon House, 2 Church Street, Hamilton HM11, Bermuda.

- *Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representatives, and (III) Certain Related Relief* [Docket No. 2]

- *Motion for Entry of Orders Granting (I) Emergency Ex Parte Relief and (II) Provisional Relief, Pursuant to Bankruptcy Code Section 1519* [Docket No. 3]

- *Declaration of Eric Haller in Support of (I) the Verified Petition, (II) Motion for Entry of Orders Granting (A) Ex Parte Emergency Relief and (B) Provisional Relief Pursuant To Bankruptcy Code Section 1519, and (III) the Scheduling Motion* [Docket No. 4]

- *Declaration of Kevin Taylor in Support of the Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representatives, and (III) Certain Related Relief* [Docket No. 5]

- *Declaration of Daniel Imison in Support of the Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representatives, and (III) Certain Related Relief* [Docket No. 6]

- *Motion for Entry of an Order (I) Scheduling Recognition Hearing and (II) Specifying Form and Manner of Service of Notice of the Notice Documents and Other Documents Filed in the Chapter 15 Case* [Docket No. 7]

- *Order (I) Scheduling Recognition Hearing and (II) Specifying Form and Manner of Service of Notice of the Notice Documents and Other Documents Filed in the Chapter 15 Case* [Docket No. 9]

- *Temporary Restraining Order and Order Shortening Notice of Motion Seeking Provisional Relief* [Docket No. 10]

- *Notice of Filing and Hearing on the Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representatives, and (III) Certain Related Relief* [Docket No. 11]

- *Notice of Hearing on Provisional Relief, Pursuant to Bankruptcy Code Section 1519* [Docket No. 12]

*[Remainder of Page Intentionally Left Blank]*

2

Dated: October 29, 2025
New York, New York

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

*/s/ Alexis K. Banks*
Robert D. Drain
Alexis K. Banks
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000

– and –

Justin M. Winerman (admitted *pro hac vice*)
320 S. Canal Street
Chicago, Illinois 60606-5707
Telephone: (312) 407-0700
Fax: (312) 407-0411

– and –

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM (UK) LLP

Peter Newman
Nicole Stephansen
22 Bishopsgate
London EC2N 4BQ
Telephone: +44 20 7519 7000
Fax: +44 20 7519 7070

*Counsel to the Debtor*

**EXHIBIT A**

## Notice Parties

| | Notice Party | Name | Address | Email |
|---|---|---|---|---|
| 1. | Bermuda Monetary Authority | Athea Jackson | BMA House, 43 Victoria Street. Hamilton, HM12, Bermuda | AJackson@bma.bm |
| 2. | Bermuda Monetary Authority | Gerald Gakundi | BMA House, 43 Victoria Street. Hamilton, HM12, Bermuda | ggakundi@bma.bm |
| 3. | Bermuda Monetary Authority | Moses Muoki | BMA House, 43 Victoria Street. Hamilton, HM12, Bermuda | MMuoki@bma.bm |
| 4. | Bermuda Monetary Authority | Sarah Matchett | BMA House, 43 Victoria Street. Hamilton, HM12, Bermuda | SMatchett@bma.bm |
| 5. | Bermuda Monetary Authority | Graham Lamb | BMA House, 43 Victoria Street. Hamilton, HM12, Bermuda | glamb@bma.bm |
| 6. | Bermuda Monetary Authority | Lana Barry | BMA House, 43 Victoria Street. Hamilton, HM12, Bermuda | LBarry@bma.bm |
| 7. | Bermuda Monetary Authority | James McLaren | BMA House, 43 Victoria Street. Hamilton, HM12, Bermuda | JMcLaren@bma.bm |
| 8. | State National Insurance Company, Inc. | Dan Case | N/A | DCase@statenational.com |
| 9. | State National Insurance Company, Inc. | David Cleff | N/A | dcleff@statenational.com |
| 10. | Clear Blue Insurance Company and Clear Blue Specialty Insurance Company | Gustavo Moraza | N/A | gmoraza@cbinsgroup.com |
| 11. | Starr Indemnity & Liability Company and Related Parties | Richard Bessinger | N/A | richard.bessinger@starrcompanies.com |
| 12. | Wick Phillips Gould & Martin, LLP | Brant C. Martin | 100 Throckmorton Street, Suite 1500 Fort Worth, Texas 76102 | brant.martin@wickphillips.com |
| 129. | Wick Phillips Gould & Martin, LLP | Colin P. Benton | 100 Throckmorton Street, Suite 1500 Fort Worth, Texas 76102 | colin.benton@wickphillips.com |
| 130. | Wick Phillips Gould & Martin, LLP | Christopher J. Cooper | 100 Throckmorton Street, Suite 1500 Fort Worth, Texas 76102 | chris.cooper@wickphillips.com |
| 131. | Michael Lee Law, PLLC | Michael C. Lee | 10346 Rosser Road Dallas, Texas 75229 | mike@mlee-law.com |
| 132. | Smith, Gambrell & Russell, LLP | Sean Thomas Keely | 1301 Avenue of the Americas, 15th Floor, New York, NY 10019 | skeely@sgrlaw.com |