**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | Chapter 15 |
| FLEMING INTERNATIONAL REINSURANCE LTD., | Case No. 25-12353 (JPM) |
| Debtor in Foreign Proceeding.[1] | |

## STIPULATION AND ORDER SUBSTITUTING COUNSEL

## RECITALS

A.      On October 26, 2025, Simon Appell and Daniel Imison of AlixPartners UK LLP and Mathew Clingerman of Kroll Bermuda Limited, in their capacities as the joint provisional liquidators and as the authorized foreign representatives (in such capacities, the "**JPLs**" or the "**Foreign Representatives**") of the above-captioned foreign debtor (the "**Debtor**"), commenced the above-captioned case for the Debtor with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") by and through the Debtor's counsel, Skadden, Arps, Slate, Meagher & Flom LLP ("**Skadden**").

B.      The Debtor has decided to retain Chaffetz Lindsey LLP ("**Chaffetz Lindsey**") to serve as the Debtor's counsel in this matter.

C.      Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York (the "**Local District Court Rules**") and Rule 2090-1(e) of the Local Bankruptcy Rules for the Southern District of New York (the "**Local Bankruptcy**

---

[1]    The Debtor is a Bermuda company registered with the Registrar of Companies in Bermuda. The Debtor's registration number is 41041. The Debtor has its registered office located at Clarendon House, 2 Church Street, Hamilton HM11, Bermuda.

**Rules**"), the undersigned understand that Bankruptcy Court approval is required to effectuate the proposed substitution.

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, in consideration of the recitals, pursuant to Local District Court Rule 1.4 and Local Bankruptcy Rule 2090-1(e), and subject to the approval of the Bankruptcy Court and effective immediately thereof, that Chaffetz Lindsey is hereby substituted as counsel of record for the Debtor in the above-captioned chapter 15 case in the place and stead of Skadden.

*[Remainder of Page Intentionally Left Blank]*

2

Dated:   December 2, 2025                          Dated:   December 2, 2025

SKADDEN, ARPS, SLATE, MEAGHER            CHAFFETZ LINDSEY LLP
    & FLOM LLP

*/s/ Robert D. Drain*                              */s/ Steven C. Schwartz*
Robert D. Drain                                    Steven C. Schwartz
One Manhattan West                                 Alan J. Lipkin
New York, New York 10001                           Peter Chaffetz
Telephone: (212) 735-3000                          1700 Broadway
Fax: (212) 735-2000                                New York, New York 10019
                                                   Telephone: (212) 257-6960
– and –                                            Fax: (212) 257-6950

Justin M. Winerman (admitted *pro hac vice*)       *Incoming Counsel to the Debtor*
320 S. Canal Street
Chicago, Illinois 60606-5707
Telephone: (312) 407-0700
Fax: (312) 407-0411

– and –

SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM (UK) LLP

Peter Newman
Nicole Stephansen
22 Bishopsgate
London EC2N 4BQ
Telephone: +44 20 7519 7000
Fax: +44 20 7519 7070

*Outgoing Counsel to the Debtor*


**IT IS SO ORDERED:**

Dated:   New York, New York           */s/ John P. Mastando III*
        December 5, 2025              HONORABLE JOHN P. MASTANDO III
                                      UNITED STATES BANKRUPTCY JUDGE

3