UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

*In re*

FLEMING INTERNATIONAL REINSURANCE LTD.,

Debtor in Foreign Proceeding.[1]

Chapter 15

Case No. 25-12353 (JPM)

**ORDER: (I) AUTHORIZING THE FOREIGN REPRESENTATIVES TO ENTER INTO NATIONAL TRANSPORTATION ASSOCIATES INC. SETTLEMENT AGREEMENT PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; AND (II) ENTRUSTING SETTLEMENT FUNDS TO THE FOREIGN REPRESENTATIVES FOR DISTRIBUTION IN THE BERMUDA PROCEEDING**

Upon consideration of the *Foreign Representatives' Motion for an Order: (I) Authorizing the Foreign Representatives to Enter into National Transportation Associates Inc. Settlement Agreement Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure; and (II) Entrusting Settlement Funds to the Foreign Representatives for Distribution in the Bermuda Proceeding* (the "**NTA Settlement Motion**"),[2] Dkt. No. 77, of the Foreign Representatives of the above captioned debtor (the "**Debtor**") for entry of an order (i) authorizing and approving the settlement agreement between the Debtor and National Transportation Associates Inc. ("**NTA**"); and (ii) entrusting the proceeds of the Settlement to the JPLs for transfer to the Debtor's Bermuda Account and use by the Debtor to fund operations and for payment of administrative claims and/or distribution in the Debtor's Bermuda Proceeding pending in the Bermuda Court; and the Court

[1] The Debtor is a Bermuda company registered with the Registrar of Companies in Bermuda. The Debtor's registration number is 41041. The Debtor has its registered office located at Clarendon House, 2 Church Street, Hamilton, HM11, Bermuda.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed such terms in the Verified Petition or the NTA Settlement Motion , as applicable.

having jurisdiction to consider the NTA Settlement Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the NTA Settlement Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. § 1410; and due and proper notice of the NTA Settlement Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the NTA Settlement Motion and there being no opposition thereto; and upon the Certificate of No Objection, Dkt. No. 83; and the Court having determined that the legal and factual bases set forth in the NTA Settlement Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the NTA Settlement Motion is in the best interests of the Debtor, its creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The NTA Settlement Motion is granted to the extent set forth herein.

2. Pursuant to Bankruptcy Rule 9019, the JPLs are authorized to enter into the Settlement Agreement substantially in the form attached as Exhibit B to the NTA Settlement Motion.

3. Pursuant to Section 1521(b) of the Bankruptcy Code, the Settlement Funds are entrusted to the JPLs for transfer to the Debtor's Bermuda Account, and the Debtor may use the Settlement Funds to fund operations and for payment of administrative claims and/or distribution in the Debtor's Bermuda Proceeding.

4. The Foreign Representatives are authorized to execute, deliver, and fully perform any and all obligations, instruments, documents, and papers related to and to take any and all

actions reasonably necessary or appropriate to consummate, complete, execute, and implement the Settlement Agreement in accordance with the terms and conditions of the Settlement Agreement.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: July 27, 2026
New York, New York

/s/ John P. Mastando III
HONORABLE JOHN P. MASTANDO III
UNITED STATES BANKRUPTCY JUDGE